UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA f/b/o PSW ELECTRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> WATTS CONSTRUCTORS, LLC, an Iowa limited liability company; GRANITE CONSTRUCTION, INC., a California corporation; WATTS-GRANITE A JV, a joint venture; FEDERAL INSURANCE COMPANY, an Indiana corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a Maryland corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Defendants. | NO.   14-cv-5809BHS <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Based on the Stipulated Motion of Plaintiffs and Defendants, IT IS HEREBY ORDERED that:

1.  Defendants time to Answer the Complaint herein is extended thirty days;

2.  Defendants' Answer to Complaint shall be due on December 10, 2014.

DATED this 13th day of November, 2014.



BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER
( 14-cv-5809BHS) - 1

SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com

710558.1/014189.00001

1

2

Presented by:

3

SHORT CRESSMAN & BURGESS PLLC

4

5

_____
Russell S. King, WSBA No. 27815

6

Andrew W. Maron, WSBA No. 7482
Attorneys for Defendants
999 Third Avenue, Suite 3000

7

Seattle WA  98104
rking@scblaw.com

8

amaron@scblaw.com

9

Approved as to form, notice of presentation waived:

10

SMITH & HENNESSEY

11

12

_____

13

James Alexander Smith Jr., WSBA No. 5444
Julia K. Doyle, WSBA No. 43993
Attorneys for Plaintiffs

14

316 Occidental Avenue South, STE 500
Seattle WA 98104

15

jas@smithhennessey.com
jdoyle@smithhennessey.com

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME TO FILE ANSWER
( 14-cv-5809BHS) - 2



SHORT CRESSMAN
& BURGESS PLLC
999 Third Avenue, Suite 3000, Seattle, WA 98104-4088
206.682.3333 phone | 206.340.8856 fax | www.scblaw.com